**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANA MINING COMPANY OF PENNSYLVANIA, LLC, | ) ) | 2:21-cv-00700-RJC |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Robert J. Colville |
| vs. | ) | |
| | ) | |
| BRICKSTREET MUTUAL INSURANCE COMPANY and FEDERAL INSURANCE COMPANY, | ) ) ) | |
| Defendants. | | |

## <u>ORDER OF COURT</u>

AND NOW, this 24th day of January, 2024, upon consideration of the Motion for Judgment on the Pleadings (ECF No. 66) filed by Plaintiff, Dana Mining Company of Pennsylvania, the Motion for Judgment on the Pleadings (ECF No. 70) filed by Defendant, Federal Insurance Company, and the Motion for Summary Judgment (ECF No. 68) filed by Defendant, Brickstreet Mutual Insurance Company, and for the reasons set forth in this Court's Opinion of the same date, it is hereby ORDERED that Dana Mining's Motion for Judgment on the Pleadings is DENIED. IT IS FURTHER ORDERED that Federal's Motion for Judgment on the Pleadings is GRANTED and IT IS FURTHER ORDERED that Brickstreet's Motion for Summary Judgment is GRANTED.

The Court has determined that Federal and Brickstreet do not have a duty to defend or indemnify Dana Mining in connection with the underlying action. The Clerk of Courts shall mark this case as CLOSED.

BY THE COURT:

s/*Robert J. Colville*
Robert J. Colville
United States District Judge

cc/ecf: All counsel of record