IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA MINING COMPANY OF PENNSYLVANIA, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| BRICKSTREET MUTUAL INSURANCE COMPANY and FEDERAL INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) |

2:21-cv-00700-RJC

District Judge Robert J. Colville

## JUDGMENT ORDER

FINAL JUDGMENT in Defendants Federal and Brickstreet's favor is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

BY THE COURT:

/s/ *Robert J. Colville*
Robert J. Colville
United States District Judge

DATED: January 24, 2024

cc:     All counsel of record